UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-22061-CIV-HOEVELER/GARBER

SHARPE INVESTMENT LAND
TRUST NO. C, d/b/a SHARPE -
17TH STREET, et al.,

    Plaintiffs,

v.

PACIFIC INSURANCE COMPANY,
LTD., a foreign insurance company

    Defendant.
_____/

## **ORDER**

THIS CAUSE is before the Court on defendant Pacific Insurance Company. LTD.'s Motion for Reconsideration [DE 83] and plaintiffs Sharpe Investment Land Trust No. C, et al.'s Unopposed Motion for Extension of Time to Reply as to DE 78 and DE 76 [DE 82].

Each side filed unopposed motions to extend deadlines as related to various motions. The Court notes that numerous extensions of time have been granted. While the Court will grant the present motions, the Court trusts that counsel will allow litigation to move forward from this point on. Accordingly, the Court hereby

ORDERS the following:

1. Pacific Insurance Company. LTD.'s Motion for Reconsideration [DE 83] is GRANTED. Defendant shall file its Response in Opposition to Plaintiffs' Motion to Quash on or before December 23, 2009; and

2. Sharpe Investment Land Trust No. C, et al.'s Unopposed Motion for Extension of Time to Reply as to DE 78 and DE 76 [DE 82] is GRANTED. Plaintiffs shall file their Reply in Support of their Motion for Reconsideration and their Reply in Support of their Cross-Motions for Sanctions for Defendant's Failure to Comply with the Court's Scheduling Order on or before December 31, 2009.

DONE AND ORDERED in Chambers at Miami, Florida this 16th day of December, 2009.

_____
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE