UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-22061-CIV-HOEVELER/GARBER

SHARPE INVESTMENT LAND TRUST
NO. C, d/b/a SHARPE - 17TH STREET, et al.,

    Plaintiffs,

v.

PACIFIC INSURANCE COMPANY, LTD.,
a foreign insurance company

    Defendant.
_____/

## **ORDER**

THIS CAUSE is before the Court on plaintiffs Sharpe Investment Land Trust No. C, et al.'s Motion to Quash Subpoenas and for Protective Order of Depositions of Witnesses After the Discovery Cutoff Date [DE 68], defendant Pacific Insurance Company. LTD.'s Response and Cross-Motion for Modification of the Pretrial Scheduling Order [DE 96], and plaintiffs' Reply [DE 102].

Defendants served two deposition notices on November 12, 2009. The fact discovery deadline in this case was November 20, 2009. The depositions were scheduled to take place in December, after the discovery deadline. Plaintiffs contend that because the depositions were set to take place after the fact discovery deadline, they are untimely, and therefore a protective order should be granted and the subpoenas quashed. In its Response, Defendant requests an enlargement of the fact discovery deadline. After due consideration, the Court finds that it is in the interest of justice to allow the depositions to take place.

However, an enlargement of the fact discovery period in general is not appropriate. The parties had ample time to conduct discovery as it was previously extended on July 2, 2009. See DE [32]. Furthermore, the parties' multiple disputes have led to the filing of many discovery motions and motions for sanctions, as well as requests for multiple extensions of time for filing responses and replies to motions, which in turn have resulted in delaying the proceedings time and again. Accordingly, it is hereby

ORDERED that plaintiffs Sharpe Investment Land Trust No. C, et al.'s Motion to Quash Subpoenas and for Protective Order is DENIED. The depositions shall take place within twenty (20) days from the date of this Order on a date agreed upon by the parties and witnesses.

It is further ORDERED that Defendant's Cross-Motion for Modification of the Pretrial Scheduling Order is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida this 12th day of January, 2010.

_____
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE