UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-22061-CIV-HOEVELER/GARBER

SHARPE INVESTMENT LANDTRUST
NO. C d/b/a SHARPE–17TH STREET, et al.,

    Plaintiffs,

v.

PACIFIC INSURANCE COMPANY, LTD.,
a foreign insurance company,

    Defendant.
_____/

## ORDER

This matter is before the Court on Plaintiffs', Sharpe Investment Land Trust No C d/b/a Sharpe-17th Street, et al., Motion to Compel Defendant to Serve Proper Responses to Plaintiffs' Expert Witness Interrogatories or in the Alternative to Strike Expert Witnesses who will testify on the same subject matter. The Court has reviewed the record and has been advised by the parties that they agree to the following. It is hereby **ORDERED** that:

    1. Defendant shall serve sworn to supplemental answers to Plaintiffs' Expert Witness Interrogatories Nos. 2, 4, 7, 8, 9, and 11. The supplemental interrogatory answers shall be detailed and fully responsive to each interrogatory. Without limiting the foregoing, Defendant shall separately, clearly and in detail, state the subject matter and the substance of the opinions of each expert witness identified, with sufficient detail to explain how the expert witnesses' testimonies are not duplicative or repetitive.

    2. Defendant shall comply with this Order no later than 12:00 noon, January 28, 2010. No further extension of time to comply with this Order shall be granted absent good cause.

2

DONE and ORDERED in chambers at Miami, Florida this 22nd day of January, 2010.

*Barry L. Garber*
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE

2